

FILED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE<br>THE EXTRADITION OF HELENA YUEN-<br>LAN LAU | Misc. CR/08-90359 MISC<br><br>[PROPOSED] ORDER<br>[UNDER SEAL] |

BEFORE ME, a United States Magistrate Judge for the Northern District of California, personally appeared Assistant United States Attorney Christine Y. Wong, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that HELEN YUEN-LAN LAU should be apprehended and brought before this Court to the end that the evidence of criminality may be heard and considered as provided in Title 18, United States Code, Section 3184, and the Extradition Treaty between the United States and Hong Kong.

IT IS THEREFORE ORDERED that a warrant for the arrest of HELEN YUEN-LAN LAU be issued. The Court also ORDERS that the complaint, this order, and the arrest warrant be placed UNDER SEAL until the arrest of the defendant or further order of this Court.

DATED: 7-25-08

HON. MARIA-ELENA JAMES
United States Magistrate Judge

ORDER

Document No.
District Court
Criminal Case Processing