JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-Mail:   Christine.Wong@usdoj.gov

Attorneys for Complainant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF HELENA YUEN-LAN LAU | ) No. CR 08-90359 MISC (WDB) ) ) MANUAL FILING NOTIFICATION ) RE: DIPLOMATIC REQUEST |

Regarding Diplomatic Request

     This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

     This filing was not e-filed for the following reasons: (1) the documents are voluminous and difficult to scan because of ribbons/seals and (2) the documents represent original evidence that may be used in the extradition hearing in this matter pursuant to 18 U.S.C. § 3190.

DATED: August 25, 2008       Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                        /s/
                                        CHRISTINE Y. WONG
                                        Assistant United States Attorney

MANUAL FILING NOTIFICATION RE: DIPLOMATIC REQUEST
CR 08-90359 MISC (WDB)

```
 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
   | United States Attorney
 2 |
   | BRIAN J. STRETCH (CSBN 163973)
 3 | Chief, Criminal Division
   |
 4 | CHRISTINE Y. WONG (NYBN 3988607)
   | Assistant United States Attorney
 5 |
   |   1301 Clay Street, Suite 340-S
 6 |   Oakland, California 94612-5217
   |   Telephone:  (510) 637-3717
 7 |   Facsimile:  (510) 637-3724
   |   E-Mail:     Christine.Wong@usdoj.gov
 8 |
   | Attorneys for Complainant
 9 |
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN THE MATTER OF THE THE EXTRADITION OF HELENA YUEN-LAN LAU | No. CR 08-90359 MISC (WDB) |
|---|---|
| | DIPLOMATIC REQUEST (ATTACHING SWORN AFFIDAVITS OF MARK KULISH AND LINDA LAM) |

DIPLOMATIC REQUEST
No. CR 08-90359 MISC (WDB)