**UNITED STATES DISTRICT COURT**

**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
———————
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**August 19, 2008**

**CASE NUMBER:  CV 08-90359 WDB**
**CASE TITLE: In the Matter of the Extradition of Helena Yuen-Lan Lau**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Claudia Wilken** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 8/19/08

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies        Special Projects
Log Book Noted                       Entered in Computer 8/19/08

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel              Transferor CSA